IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY YAZUJIAN and ALICE YAZUJIAN, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRELL & GARAGUSO, INC., JACOBS ENGINEERING GROUP, INC., and JACOBS PROJECT MANAGEMENT CO., | : | NO. 12-1450 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this *10th* day of *July*, 2012, upon consideration of Defendant Merrell & Garaguso, Inc.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 11), Plaintiffs Harry and Alice Yazujian's Response in Opposition (Docket No. 14), and Defendant Jacobs Project Management Company's Answer (Docket No. 15), it is hereby **ORDERED** that Defendant Merrell & Garaguso's Motion is **GRANTED**, and Plaintiffs' claims against Defendant Merrell & Garaguso, Inc. are **DISMISSED** in their entirety.  This Order does not address any claim for contractual indemnity pleaded by Defendants Jacobs Engineering Group, Inc. and Jacobs Project Management Company against Defendant Merrell & Garaguso, Inc.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.