**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARRY YAZUJIAN and | : | |
| ALICE YAZUJIAN | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-1450 |
| JACOBS PROJECT MANAGEMENT | : | |
| CO., | : | |
| TEK SOLV, INC., and | : | |
| WALTER YASIEJKO D/B/A/ WGY | : | |
| CONSULTING | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 6th day of November, 2013, upon consideration of the Defendant Jacobs

Management Co.'s Motion for Summary Judgment, Defendant Tek Solv, Inc.'s Motion for

Summary Judgment, Plaintiffs' Responses in Opposition to each Motion, Defendant Jacobs's

Reply, Defendant Tek Solv's Reply, and Plaintiffs' Sur-Reply to Defendant Jacobs Management

Co., it is hereby **ORDERED** that:

1. Defendant Jacobs Management Co.'s Motion to for Summary Judgment is

   **GRANTED**

2. Defendant Tek Solv, Inc.'s Motion for Summary Judgment is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant Jacobs Project Management

   Co. on the entirety of the Complaint against it.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.