IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY YAZUJIAN and ALICE YAZUJIAN : : : Plaintiffs, : : v. : : JACOBS PROJECT MANAGEMENT CO., : TEK SOLV, INC., and : WALTER YASIEJKO D/B/A/ WGY CONSULTING : : Defendants. : | CIVIL ACTION NO. 12-1450 |

## ORDER

**AND NOW**, this 6th day of November, 2013, upon consideration of the Defendant Jacobs Management Co.'s Motion for Summary Judgment, Defendant Tek Solv, Inc.'s Motion for Summary Judgment, Plaintiffs' Responses in Opposition to each Motion, Defendant Jacobs's Reply, Defendant Tek Solv's Reply, and Plaintiffs' Sur-Reply to Defendant Jacobs Management Co., it is hereby **ORDERED** that:

1. Defendant Jacobs Management Co.'s Motion to for Summary Judgment is **GRANTED**

2. Defendant Tek Solv, Inc.'s Motion for Summary Judgment is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant Jacobs Project Management Co. on the entirety of the Complaint against it.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.